74 P.3d 1006

# SUPREME COURT OF HAWAIʻI

**July 11, 2003**

| | | | |
|---|---|---|---|
| 24965 | Hutch v. State | | Affirmed |

**July 14, 2003**

| | | | |
|---|---|---|---|
| 25246 | State v. Will | | Affirmed |

**August 4, 2003**

| | | | |
|---|---|---|---|
| 23722 | State v. Johnson | | Affirmed |

**August 21, 2003**

| | | | |
|---|---|---|---|
| 24387 | State v. Parrish | | Affirmed |

**August 22, 2003**

| | | | |
|---|---|---|---|
| 25010 | State v. Nakamura | | Affirmed |

**August 29, 2003**

| | | | |
|---|---|---|---|
| 25296 | State v. Clancey | | Remanded |